CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2016 OCT 11 AM 10: 21
DEPUTY CLERK____SKD___

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | Case No. 3:16-CR-446-M |
|---|---|
| v. | |
| BENITO ESPINOZA JR. (1)<br>    a.k.a. Ben<br>    a.k.a. Benny<br>DEWAYNE WHITE ADAMS (2)<br>    a.k.a. Goldie<br>MICHELLE COURTNEE WALLACE (3)<br>AUDIE VITTORIO STEELE (4)<br>    a.k.a. Red<br>JIMMIE EUGENE ROCHELLE (5)<br>    a.k.a. Red Dog<br>    a.k.a. Red<br>CHRISTOPHER BRANDON WELLS (7)<br>MARIE VICTORIA AGUILAR (10)<br>CHRISTA RENAE SUDDETH (11)<br>    a.k.a. Jadie<br>JONATHAN ANDREW JANSKY (14)<br>    a.k.a. Drew | |

## MOTION FOR DETENTION

The United States moves for pretrial detention of defendants, **Benito Espinoza Jr., a.k.a. Ben, a.k.a. Benny; Dewayne White Adams, a.k.a. Goldie; Michelle Courtnee Wallace; Audie Vittorio Steele a.k.a. Red; Jimmie Eugene Rochelle, a.k.a. Red Dog, a.k.a. Red; Christopher Brandon Wells; Marie Victoria Aguilar; Christa Renae Suddeth, a.k.a. Jadie; Jonathan Andrew Jansky, a.k.a. Drew,**, pursuant to 18 U.S.C. §3142(e) and (f).

**Motion for Detention - Page 1**

1. <u>Eligibility of Case.</u>  This case is eligible for a detention order because the case involves:

- 10 + year drug offense

- Serious risk defendant will flee

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure:

- Defendant's appearance as required

- Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States will invoke the rebuttable presumption against defendant because:

- Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C.§924(c)

4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

- After continuance of <u>2</u> days (not more than 3).

[NOTHING FURTHER ON THIS PAGE]

**Motion for Detention - Page 2**

DATED this 11th day of October 2016.

    Respectfully submitted,

    JOHN R. PARKER
    UNITED STATES ATTORNEY

    PHELESA M. GUY
    Assistant United States Attorney
    Texas State Bar Number 00798230
    1100 Commerce Street, Third Floor
    Dallas, Texas 75242
    Telephone: 214.659.8600
    Facsimile: 214.659-8809

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on October 11, 2016.

    PHELESA M. GUY
    Assistant United States Attorney