UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

HONORABLE: David L. Horan
DEPUTY CLERK: S. Todd
LAW CLERK: _____
INTERPRETER: _____

PRESIDING: _____
COURT REPORTER/TAPE NUMBER: Todd Anderson
USPO: _____
Date: 10/11/2016

Cr.No. 3:16-cr-00446-M *SEALED*

DEFT. No. _____

UNITED STATES OF AMERICA

v.

JIMMIE EUGENE ROCHELLE (5)

Phelesa Guy, AUSA
Ezekiel Tyson (A)
COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

## ARRAIGNMENT/REARRAIGNMENT

Time in Court: 1 min.

Trial Status: ☐ Completed by Jury Verdict ☐ Continued from Previous Month ☐ Direct Verdict ☐ Evidence Entered
☐ Hung Jury ☐ Jury Selection Only, continued ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial ☐ Settled/Guilty ☐ None

Days in Trial: _____

Hearing Concluded: ☐ Yes ☐ No

☐ Defendant SWORN.

☑ Arraignment ☐ Rearraignment – Held on Count(s) One
of the One count(s) ☑ Indictment ☐ Information ☐ Superseding Indictment ☐ Complaint

☐ Sentencing Guidelines ☐ Superseding Information

☑ Deft enters a pleas of ☑ Not Guilty ☐ Guilty ☐ Nolo

☐ Waiver of Jury Trial

☐ Waiver of Indictment filed

☐ Plea Agreement accepted ☐ Court defers acceptance of Plea Agreement

☐ Plea Agreement filed (see agreement for details) ☐ No Plea Agreement

☐ Plea Agreement included with Factual Resume.

☐ Factual Resume filed.

☐ Sentencing set Date: _____ Time: _____

☐ Trial set for Date: _____ Time: _____
   Pretrial motions due: _____ Discovery motions/Government Responses due: _____

☐ Orders for PSI, Disclosure Date and Setting Sentencing entered.

☐ PSI waiver filed. PSI due: _____ Pre-sentence Referral Form to: _____

☐ Deft Bond ☐ Set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR

☐ Deft failed to appear, bench warrant to issue.

☐ Bond ☐ continued ☐ forfeited

☐ Deft Custody/Detention continued.

☑ Deft REMANDED to custody.

OTHER PROCEEDINGS: _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 11 2016
CLERK, U.S. DISTRICT COURT
By _____ Deputy