IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO.: 3:16-CR-446-M (05) |
| | ) | |
| JIMMIE EUGENE ROCHELLE, | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER FOR SENTENCING

Should counsel for the defendant desire to be present for the initial interview between the defendant and the probation officer, counsel must arrange to do so within three government business days from the date of this order.

The Presentence Report must be disclosed to the Court, the defendant, defendant's counsel, and the attorney for the Government, via electronic filing, **by January 2, 2018**. Probation shall submit the original paper copy of the Presentence Report to the Court within three (3) days of electronic filing.

Written objections to the Presentence Report, or a written statement adopting the findings of the Presentence Report, must be electronically filed **January 16, 2018**. **IF THEY HAVE NO OBJECTIONS, BOTH THE GOVERNMENT AND THE DEFENDANT ARE REQUIRED TO FILE A WRITTEN STATEMENT STATING THEY HAVE NO OBJECTIONS.**

If written objections to the Presentence Report have been timely made, the Probation Office must electronically file any addendum to the Presentence Report **by January 23, 2018**.

Written objections to this addendum must be electronically filed **by January 30, 2018**.

Sentencing of the Defendant is **SET** for **Wednesday, February 28, 2018, at 1:30 p.m.**

Any motions for downward departure must now be electronically filed **on or before February 20, 2018**. Sentencing memoranda and character letters shall be received by the Court **on or before February 20, 2018**; however, they should not be electronically filed, but emailed directly to the Court

Coordinator, Lori Anne Greco, at lori_greco@txnd.uscourts.gov, or mailed or hand delivered. No courtesy copies are required.

If, during the presentence report ("PSR") investigation, it is determined that Texas Youth Commission ("TYC") records are needed, the court orders the TYC to release these records to the Probation Officer assigned to prepare the PSR, acting in the performance of the officer's official duties pursuant to Fed. R. Crim. P. 32.  The specific records that are to be released include documents pertaining to the defendant's social history, court disposition records, substance abuse treatment records, psychological evaluations, other mental health treatment records, educational records, general health records, adjustment while incarcerated records, and release dates from the TYC.

Questions relating to this Order are to be directed to Ms. Lori Anne Greco, Courtroom Deputy (214/753-2421).

SO ORDERED.

DATED: November 9, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE